FILED

08/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0266

IN THE MATTER OF

K.P. and K.P.,

Youths in Need of Care.

## ORDER

Upon consideration of Appellant Mother's Motion to Consolidate, and good cause appearing therefore, Appellant's motion is GRANTED and Cause Nos. DA 23-0266 and DA 23-0267 are hereby consolidated under Cause No. DA 23-0266 and captioned as above.

ORDER CONSOLIDATING CAUSES

PAGE 1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 9 2023